# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Derrick Davis | )    Case No: __01-0045__ |
| | )    USM No: __27435-034__ |
| Date of Original Judgment: __07/11/2001__ | ) |
| Date of Previous Amended Judgment: __07/11/2001__ | )    Gary V. Schwabe, Jr. |
| *(Use Date of Last Amended Judgment if Any)* |        *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __100 months/ct.__ months **is reduced to** __87 months per count__ .

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: __25__ as of __3/3/2008__    Amended Total Offense Level: __23__

Criminal History Category: __IV__    Criminal History Category: __IV__

Previous Guideline Range: __84__ to __105__ months    Amended Guideline Range: __70__ to __87__ months

### *(Complete Part II of Page 2 when motion is granted)*

**COMMENTS** *(For Public Disclosure)*

Except as otherwise provided, all provisions of the judgment dated __07/11/2001__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __01/05/2012__

                                   *Judge's signature*

Effective Date: __01/16/2012__

         *(if different from order date)*    Ivan L.R. Lemelle, United States District Judge

                                     *Printed name and title*